MARY ANN McNETT MASON (SBN 115089)
County Counsel
PATRICK L. HURLEY (SBN 174438)
Deputy County Counsel
COUNTY OF CONTRA COSTA
1025 Escobar Street, Third Floor
Martinez, California 94553
Telephone: (925) 655-2280
Facsimile: (925) 655-2266
Electronic Mail: patrick.hurley@cc.cccounty.us

Attorneys for Defendant
CONTRA COSTA COUNTY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE FRAZIER, an individual;<br><br>Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY, and DOES 1-50, inclusive,<br><br>Defendants. | No. 4:21-cv-02204 DMR<br><br>**STIPULATION TO EXTEND RESPONSIVE PLEADING DATE AND CASE MANAGEMENT CONFERENCE; ORDER**<br><br>Crtrm: 4, 3rd Floor<br>Judge: Hon. Donna M. Ryu, Presiding<br>Date Action Filed: March 30, 2021<br>Trial Date: None Assigned |

Plaintiff Clarence Frazier and defendant Contra Costa County ("County") by and through their counsel of record, agree to the following:

1. Plaintiff filed the complaint on March 30, 2021, and Defendant Contra Costa County was served on or about April 5, 2021.

2. The parties agreed to attend an early mediation. The mediation was originally scheduled for June 15, 2021.

///

3. In light of the scheduled mediation, the parties stipulated to continue the Case Management Conference as well as defendant's deadline to respond stipulation. The Court approved the stipulation and continued the CMC to August 4, 2021. The Court also set a deadline of June 25, 2021 for the County to respond to the complaint.

4. As the mediation approached, the parties agreed that some informal exchange of information and documents would be helpful for an effective mediation. The parties agreed to continue the mediation to July 21, 2021 to allow them to exchange and consider the documents and other information.

5. In light of the continued mediation, the parties request that the Court continue the CMC for another 30 days and continue the deadline for the County to respond to the complaint for an additional 30 days to allow the parties to fully explore a possible settlement.

DATED: June 24, 2021			SHARON L. ANDERSON
					COUNTY COUNSEL


					By:	*/s/ Patrick L. Hurley*
						Deputy County Counsel

					Attorneys for Defendant
					CONTRA COSTA COUNTY

DATED: June 24, 2021			POINTER & BUELNA LLP


					By:	*/s/ Patrick Buelna*

						Attorney for Plaintiff
						CLARENCE FRAZIER

# ORDER

The Court, having reviewed the above stipulation and request, finds and orders as follows:

1. The parties' joint request to continue the responsive pleading due date and Case Management Conference is granted.
2. The County has until July 26, 2021, to file its response to the complaint.
3. The Case Management Conference is continued to September 1, 2021 at 1:30 p.m. Joint Case Management Statement is due seven days prior to the Case Management Conference.

**IT IS SO ORDERED.**

Date: June 25, 2021

_____
HON. DONNA M. RYU
United States Magistrate Judge